THEODORE SCHMIDT, JR.  :  NO. 8497

versus  COURT OF APPEAL

E. B. VASQUEZ  PARISH OF ORLEANS

27/22

BY: WILLIAM A. BELL, JUDGE:

Copy of a motion to dismiss this appeal having been served upon appellant, and duly set for trial before this Court, and the appellant, or defendant in rule, having failed to appear; on showing to the Court that the grounds for dismissal are failure to furnish good and solvent surety upon the second appeal bond, found insufficient by the Trial Court, the motion to dismiss will be granted at appellant's cost.